THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER OH, | CASE NO. C19-2045-JCC-TLF |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SATENDRAN MUDALIAR, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for dismissal (Dkt. No. 16). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, the parties nevertheless request that the Court enter a proposed order filed with their stipulation. The parties' stipulation is signed by counsel for Plaintiff and counsel for all three Defendants. However, the stipulation states that it is between only Plaintiff Peter Oh and Defendants Satendran Mudaliar and Khalis Transport, Inc. The stipulation does not mention the third defendant, Jane Doe Mudaliar. In light of that omission, the Court DENIES without prejudice the parties' request to enter the proposed order of dismissal because it cannot conclude that the notice of dismissal is "signed by all parties" as required by Federal Rule of Civil

1 | Procedure 41(a)(1)(A)(ii).

2 |     DATED this 23rd day of October 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C19-2045-JCC-TLF
PAGE - 2